STUDENT LOAN FUND OF IDAHO, INC., Plaintiff–Counter–Claim–De-fendant–Appellee–Cross–Appellant,

v.

U.S. DEPARTMENT OF EDUCATION, Defendant–Appellant–Cross–Appellee,

and

Dr. Roderick R. Paige,* in his official capacity as Secretary of the United States Department of Education, De-fendant–Counter–Claimant–Plaintiff–Appellant–Cross–Appellee.

Nos. 99–36035, 99–36078, 00–35310, 00–35524.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 4, 2001.

Filed Dec. 4, 2001.

Amended April 15, 2002.

Rory R. Jones, Boise, ID, for the plain-tiff-counter-claim-defendant-appellee-cross-appellant.

Howard S. Scher, Department of Jus-tice, Washington, D.C., for the defendant-counter-plaintiff-appellant-appellee and de-fendant-appellant-cross-appellee.

Before BROWNING, WALLACE, and T.G. NELSON, Circuit Judges.

* Dr. Roderick R. Paige is substituted for his predecessor, Richard W. Riley, as Secretary of the United States Department of Edu-cation. Fed. R.App. P. 43(c)(2)

## ORDER

The slip opinion filed December 4, 2001 (272 F.3d 1155), is hereby amended as follows:

Page 16395, first paragraph, line 15 [272 F.3d at 1160], delete "The district court held, however, that the regulations were contrary to Congress's intent and that these funds from a separate, private en-tity should not be considered part of the federal reserve fund." and replace it with "The district court held that the Secretary's position, that all funds re-ceived by SLFI while acting as a guar-anty agency relating to its operations as a guaranty agency, regardless of their origin, are federal reserve fund assets, was inconsistent with Congressional in-tent and the underlying purposes of the HEA and that these funds from a sepa-rate, private entity should not be consid-ered part of the federal reserve fund."

The panel has voted to deny the petition for rehearing. Judge T.G. Nelson has vot-ed to deny the suggestion for rehearing en banc, and Judge Browning and Judge Wal-lace so recommend.

The petition for rehearing and the peti-tion for rehearing en banc are DENIED.